# EXHIBIT B

# US 8,402,099  B2 Claim chart
# vs
# Samsung's Random Chat Session

# U.S. Patent No. US 8,402,099

## US8402099B2
### United States

 Download PDF    Find Prior Art    Similar

**Inventor:** Philipp Freiherr Von Werther, Steffen Röder

**Current Assignee :** BRANDENBURG VENTURES GmbH , VON WERTHER PHILIPP FREIHERR

---

### Worldwide applications

2008 · WO EP US

---

### Application US12/675,046 events ⓘ

|   |   |
|---|---|
| | Priority claimed from DE102007040574 |
| 2008-08-21 | Application filed by Individual |
| 2010-08-12 | Publication of US20100205543A1 |
| 2013-03-19 | Application granted |
| 2013-03-19 | Publication of US8402099B2 |
| 2014-04-25 | Assigned to BRANDENBURG VENTURES GMBH, BRANDENBURG, KARLHEINZ, ROEDER, STEFFEN, VON WERTHER, PHILIPP FREIHERR ⓘ |
| Status | Active |
| 2029-11-23 | Adjusted expiration |

**12/675,046 is a National Stage Entry of PCT/EP08/60986 Filed: 08/21/2008** 2
**status: Published    Total patent Term Adjustments 459 days**

# Related Products

- The following chart is based on Samsung's Random Chat Session that can be found on Samsung 's website



https://web.archive.org/web/20240000000000*/https://www.samsung.com/us/support/contact-customer-services/



https://web.archive.org/web/20240000000000*/https://www.samsung.com/us/support/contact

# Related Products

• The following chart is based on Samsung's Random Chat Session that can be found on Samsung 's website



# US 8,402,099 : Claim 1

1.  A method for executing a multimedia communication, in particular at least one of a video, audio or text chat, between a totality of terminals (2) arranged in a communication network (1), which communication is based on a network protocol, in particular at least one of TCP/IP or UDP, wherein:

at least one subscriber generates a personalized user account in the form of a virtual subscriber profile on a server (3) or in a peer-to-peer network, wherein, by setting up the virtual subscriber profile, the multimedia communication is established at each of the terminals:

via the subscriber profile a mode of a subscriber selection preceding the communication, at least one of a communication type or a number of communication links to one of the terminals or the type of data transmission employed for the communication are freely defined;

the subscriber selection mode  ludes a random process for setting up a communication link between a selecting terminal of a first subscriber profile to at least another terminal of a random subscriber profile; and

the subscriber selection mode  ludes an activatable call procedure for establishing a communication link between the selecting terminal of the first subscriber profile and at least one other terminal of a subscriber profile stored in a selection list, wherein these subscribers form a plurality of at least one of an open and a closed subscriber sub-pool, whereby all subscribers in the procedure form a total set referred to as a subscriber pool, which subscriber pool may be subdivided into a number of the subscriber sub-pools, whereby all subscribers are classified by entries within their respective subscriber profiles and arbitrarily defined contacts to other subscribers, and whereby the subscriber classifications result in the number of sub-pools, which are formed as subsets of the larger subscriber pool.

# US 8,402,099 : Claim 1

| | |
|---|---|
| 1. A method for <span style="color:red">executing a multimedia communication, in particular at least one of a video, audio or text chat</span>, | Samsung provides a method for executing a multimedia communication, for example, when a customer is in Samsung's website, **a Chat symbol located at the bottom right-hand corner** of the page can be clicked (thereby executing a multimedia communication) by the customer to start a Live Chat. |





# US 8,402,099 : Claim 1

between a totality of terminals (2) arranged in a communication network (1), which communication is based on a network protocol, in particular at least one of TCP/IP or UDP, wherein:

Samsung/s method for executing a multimedia communication text chat with a customer for example, "**P.S.**" and a Samsung employee, for example, "**Shai**". within the Samsung app (this means a multimedia communication, such as messages from an online mobile device between two people, within Samsung's app, is being used, once the customer signs in).  Online Mobile devices use TCP/IP or UDP network protocols.



# US 8,402,099 : Claim 1

| | |
|---|---|
| **at least one subscriber generates a personalized user account in the form of a virtual subscriber profile on a server (3)** or in a peer-to-peer network, | **Shai is a customer ambassador with Samsung and will have a personalized user account at Samsung, on Samsung's server and P.S. will create a user account when P.S. inputs a first name, last name, mobile number and email address.** |





# US 8,402,099 : Claim 1

| | |
|---|---|
| wherein, by setting up the virtual subscriber profile, the multimedia communication is established at each of the terminals: | **Once P.S. creates the subscriber profile the multimedia communication is then established between Shai's terminal and P.S. terminal.** |





# US 8,402,099 : Claim 1

**via the subscriber profile a mode of a subscriber selection preceding the communication, at least one of a communication type** or a number of communication links to one of the terminals or the type of data transmission employed for the communication **are freely defined**;

The customer P.S. creates a user account before P.S. can communicate with a live agent.  P.S. enters their personal information with their "**first name, last name, mobile number and email address.** ". This means the customer can communicate in the Chat as a subscriber with '**Shai**" (Samsung's representative) that has a subscriber profile, and the **communication type TCP/IP** and **subscriber** are **freely defined** and **preceding the communication** (beginning of the Live Chat).





# US 8,402,099 : Claim 1

| | |
|---|---|
| the subscriber selection mode  includes a random process for **setting up a communication link between a selecting terminal of a first subscriber profile to at least another terminal** of a random subscriber profile; and | Samsung uses a random process to set up a communication link between two users." **"we will be with you as soon as possible"** implies that the system was waiting to connect P.S. to a product ambassador (random because P.S. and Shai and P.S. and Priyanka did not know they would be connected).   Two different random operators have responded within different times. **"Shai and Priyanka."** |





# US 8,402,099 : Claim 1

the subscriber selection mode includes an activatable call procedure for establishing a communication link between the selecting terminal of the first subscriber profile and at least one other terminal of a subscriber profile stored in a selection list

Samsung's system puts the customer (with an account **"P.S."** associated with a subscriber profile in a chat room with one Samsungs agents, Shai.





# US 8,402,099 : Claim 1

wherein these subscribers form a plurality of at least one of an open and a closed subscriber sub-pool, whereby all subscribers in the procedure form a total set referred to as a subscriber pool, which subscriber pool may be subdivided into a number of the subscriber sub-pools, whereby all subscribers are classified by entries within their respective subscriber profiles and arbitrarily defined contacts to other subscribers, and whereby the subscriber classifications result in the number of sub-pools, which are formed as subsets of the larger subscriber pool.

Samsung uses a random process to set up a communication link between two users "**we will be with you as soon as possible**" implies that the system was waiting to connect P.S. to a product ambassador (random because P.S. and Shai and P.S. and Priyanka did not know they would be connected).The Agents could also be split up into sub pools with different Agents supporting "**repairs**" different Agents supporting "**promotions support**" or different agents working at night or daytime.





https://www.samsung.com/us/support/

13